UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERFECTO BAUER GARCIA,

    Plaintiff,

v.

STEVE POTTER,

    Defendant.

Case No. 15-cv-04045-EDL

**ORDER TO SERVE DEFENDANT**

On September 15, 2015, the Court issued an Order granting Plaintiff's application to proceed *in forma pauperis* and sua sponte dismissing Plaintiff's complaint with leave to amend. In the Order dismissing the complaint, the Court required that any amended complaint clearly state the basis for federal court jurisdiction and make clear which factual allegations and claims relate to which defendants. Plaintiff timely filed an amended complaint. Though the amended complaint is not a model of clarity, the Court will not dismiss it as frivolous pursuant to 28 U.S.C. § 1915.

The Clerk is hereby Ordered to issue summons, and it is further Ordered that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, scheduling orders, attachments, plaintiff's affidavit and this order upon the Defendant.

**IT IS SO ORDERED.**

Dated: October 20, 2015

ELIZABETH D. LAPORTE  
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERFECTO BAUER GARCIA,

    Plaintiff,

  v.

STEVE POTTER,

    Defendant.

Case No. 15-cv-04045-EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2015, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Perfecto Bauer Garcia
2006 Swan Way
Fairfield, CA 94533

Dated: October 21, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
Stephen Ybarra, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE

2